UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAQUAN MELTON,<br><br>                    Plaintiff,<br><br>    -against-<br><br>U.S. SO FUN IMPORTS, LLC,<br><br>                    Defendant. | 23-CV-09861 (NRB)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated January 25, 2024 (ECF 8), Judge Naomi Reice Buchwald referred this case to Magistrate Judge Ona T. Wang for settlement. On January 26, 2024, that referral was reassigned to me.

A settlement conference is scheduled for **Friday, March 15, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **February 2, 2024** to propose three alternative dates for a settlement conference during the week of 3/18/2024. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Friday, March 8, 2024, at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  January 29, 2024
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge