UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAQUAN MELTON,<br><br>                    Plaintiff,<br><br>  -against-<br><br>U.S. SO FUN IMPORTS, LLC,<br><br>                    Defendant. | 23-CV-09861 (NRB)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference was scheduled for Tuesday, March 19, 2024**.** The time of the conference is rescheduled from 9:30 AM to 10:00 AM, in Courtroom 9B at 500 Pearl Street, New York, NY, 10007.

DATED:  March 12, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge